In the Matter of NOVIAK HOLDING CORPORATION, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

(Argued October 10, 1935; decided October 25, 1935.)

*William E. Kennedy* and *James Adikes* for appellant. *Paul Windels, Corporation Counsel* (*Paxton Blair* and *Herman J. McCarthy* of counsel), for respondents.

Order affirmed, with costs; no opinion.